John J. Quealy, Respondent, v. Dunne-McCord Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

William H. Fitzgerald, Respondent, v. William F. Koch, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Edward Fisher, Appellant.— Judgment of conviction and order affirmed. All concurred.

Ignazio Palmisano, Respondent, v. Erie Railroad Company, Appellant. — Judgment affirmed, with costs. All concurred.

Annie Boyle, Respondent, v. The Catholic Relief and Beneficiary Association, Appellant.— Judgment affirmed, with costs. All concurred.

Phœbe A. Van Blaricom, as Administratrix, etc., Respondent, v. Frank L. Dodgson, Appellant, Impleaded with Another.— Judgment and order reversed and complaint dismissed as to the appellant Frank L. Dodgson, with costs, including costs of this appeal. (See *Heissenbuttel* v. *Meagher*, 162 App. Div. 752.) All concurred, except Lambert, J., who dissented.

Jacob Vogel, Respondent, v. International Railway Company, Appellant.— Judgment reversed and complaint dismissed, with costs, including costs of this appeal. Held, that the plaintiff was negligent as matter of law, and defendant's motion for nonsuit should have been granted. All concurred, except Kruse, P. J., who dissented.

William J. Dwyer, Appellant, v. Anna Dunfee and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs. All concurred.

Antonia Baumer Matzene, Respondent, v. Clarence L. Warner, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

George M. Lucas, Appellant, v. Robert Hodge, Respondent.— Order affirmed, with costs. All concurred.

---

* See 30 U. S. Stat. at Large, 448, chap. 448; Id. 451, § 6; Id. 458, Schedule A; Id. 454, § 13.— [REP.